IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GEORGE THOMAS BATES and
PATRICE ANN BATES,

      Plaintiffs,

v.

RICHARD J. NUSS,

      Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-207-wmc

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the complaint of plaintiffs George Thomas Bates and Patrice Ann Bates for failure to state a claim for relief under federal law.

_____    _____
Peter Oppeneer, Clerk of Court                     9/8/11
                                                         Date